## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| ASPEN RIDGE ESTATES, LLC, Plaintiff<br>v.<br>UNITED CITY OF YORKVILLE,<br>ARTHUR F. PROCHASKA, JR., et al. | FILED: AUGUST 7, 2008<br>08CV4479<br>JUDGE KOCORAS<br>MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Aspen Ridge Estates, LLC                                          JFB

| NAME (Type or print) |
|---|
| Anthony P. Steinike |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Anthony P. Steinike |
| FIRM |
| Quarles & Brady LLP |
| STREET ADDRESS |
| 500 West Madison Street, Suite 3700 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6279857 | 312-715-5000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐