**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>ASPEN RIDGE ESTATES, LLC, Plaintiff<br>v.<br>UNITED CITY OF YORKVILLE,<br>ARTHUR F. PROCHASKA, JR., et al. | Case Number:<br>`FILED: AUGUST 7, 2008`<br>`08CV4479`<br>`JUDGE KOCORAS`<br>`MAGISTRATE JUDGE MASON` |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Aspen Ridge Estates, LLC                                JFB

---

| NAME (Type or print) |
|---|
| Robert Lee Gamrath, III |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Robert Lee Gamrath, III |

| FIRM |
|---|
| Quarles & Brady LLP |

| STREET ADDRESS |
|---|
| 500 West Madison Street, Suite 3700 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6220315 | 312-715-5000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |