IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ASPEN RIDGE ESTATES, LLC | ) | |
| | ) | FILED: AUGUST 7, 2008 |
| Plaintiff, | ) | 08CV4479 |
| | ) | |
| v. | ) | JUDGE KOCORAS |
| | ) | MAGISTRATE JUDGE MASON |
| UNITED CITY OF YORKVILLE, an | ) | |
| Illinois municipal corporation, | ) | JFB |
| ARTHUR F. PROCHASKA, JR., in his | ) | |
| individual and corporate capacities, | ) | |
| JOHN JUSTIN WYETH, in his individual | ) | |
| and corporate capacities, | ) | |
| JAMES BOCK, in his individual and | ) | |
| corporate capacities, | ) | Case No. |
| DEAN WOLFER, in his individual and | ) | |
| corporate capacities, | ) | |
| JOSEPH BESCO, in his individual and | ) | |
| corporate capacities, | ) | |
| PAUL JAMES, in his individual and | ) | |
| corporate capacities, | ) | |
| MARTY MUNNS, in his individual and | ) | |
| corporate capacities, | ) | |
| ENGINEERING ENTERPRISES, INC., | ) | |
| an Illinois corporation, | ) | |
| TRAVIS MILLER, in his individual and | ) | |
| corporate capacities, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S DISCLOSURE STATEMENT**

      The undersigned, counsel of record for Plaintiff, Aspen Ridge Estates, LLC, furnishes the following Disclosure Statement in compliance with Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2.

QBACTIVE\6434904.1

Aspen Ridge Estates, LLC does not have a parent corporation and has no publicly held affiliates.

The members of Aspen Ridge Estates, LLC have no publicly held affiliates.

DATED:  August 7, 2008                                             ASPEN RIDGE ESTATES, LLC


                                                                                 By:    /s/  Anthony P. Steinike
                                                                                           One of Its Attorneys


Leonard S. Shifflett, Esq. (ARDC #2587432)
Robert L. Gamrath, Esq. (ARDC #6220315)
Anthony P. Steinike, Esq. (ARDC #6279857)
QUARLES & BRADY LLP
500 West Madison Street
Suite 3700
Chicago, Illinois 60661
Telephone:  (312) 715-5000
Facsimile:   (312) 715-5155